Opinion by Willson, J.

### WALTER MORGAN v. THE STATE.

Appeal from Travis county.

*Implied Malice.*—The court below charged as follows : "The law implies malice from the unlawful killing of a human being, unless the circumstances make it *evident* that the killing was either justifiable, or, if not justifiable, was so mitigated as to reduce the offense below murder in the second degree." HELD, error, as it impinges the doctrine of reasonable doubt. Reversed and remanded.

Opinion by Hurt, J.

N. B.—Upon another question presented in this case the views of each of the judges are expressed in separate opinions. There being evidence of malpractice by the attending physicians, Judges Willson and White hold that, under the provisions of Arts. 547-548, Penal Code, if it appears that there has been any gross neglect or manifestly improper treatment of the party injured by the physicians nurse or attendants, it is not homicide in him who inflicts the

first injury. That the code changes and does not follow the common law upon this subject. Hurt, J., contra.